# Third District Court of Appeal

## State of Florida

Opinion filed June 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1263
Lower Tribunal No. 22-11546-CA-01
_____

**Jitka Syrovatkova,**
Appellant,

vs.

**Jiri Syrovatka,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Tanya Brinkley and Javier Enriquez, Judges.

Kucera Law Firm PLLC, and Tomas Kucera, for appellant.

Rosenthal Law Group, and Amanda Jassem Jones, and Alex P. Rosenthal (Weston), for appellee.

Before SCALES, C.J., and FERNANDEZ and MILLER, JJ.

PER CURIAM.

Affirmed.